# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00670-CFC |
| vs. | § § | PATENT CASE |
| APPETIZE TECHNOLOGIES, INC. | § § § | |
| Defendant. | § § | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Complaint (D.I. 1). Subject to the Court's approval, Plaintiff requests that Defendant's time to answer, move or otherwise respond to the Complaint be extended by 30 days up to and including August 28, 2020. This extension will facilitate the parties ongoing settlement discussions and accommodate a family vacation of defendant's counsel. No party will be prejudiced by this additional brief extension.

Dated: July 17, 2020                           Respectfully submitted,

                                                              /s/Jimmy Chong
                                                              **JIMMY CHONG, ESQ. (#4839)**
                                                              **CHONG LAW FIRM, P.A.**
                                                              2961 Centerville Rd.
                                                              Ste 350
                                                              Wilmington, DE 19808
                                                              (302) 999-9480
                                                              chong@chonglawfirm.com

                                                              **ATTORNEYS FOR PLAINTIFF**

**SO ORDERED**, this _____ day of _____, 2020.

                                                              _____
                                                              Judge - United States District Court